```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 42628
    DUANE SIMPSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-1906


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 11/17/2004 and was confirmed 12/30/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 08/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI  SECURED           6908.94        73.81       6908.94
DAIMLER CHRYSLER FINANCI  UNSECURED       NOT FILED          .00           .00
CITIZENS AUTOMOBILE FINA  SPECIAL CLASS   NOT FILED          .00           .00
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00          .00           .00
ALEC VISA                 SPECIAL CLASS   NOT FILED          .00           .00
AMERICAN EXPRESS TRAVEL   UNSECURED         14017.89         .00      14017.89
ECAST SETTLEMENT CORP     SPECIAL CLASS     8857.42          .00       8857.42
SMC                       UNSECURED          422.23          .00         422.23
DFS ACCEPTANCE            UNSECURED       NOT FILED          .00           .00
US DEPT OF EDUCATION      UNSECURED         3859.04          .00       3859.04
JC PENNEY                 NOTICE ONLY     NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED           36.93          .00          36.93
RNB TARGET                UNSECURED       NOT FILED          .00           .00
ECMC                      UNSECURED         1617.54          .00       1617.54
CITIZENS AUTOMOBILE FINA  SPECIAL CLASS   NOT FILED          .00           .00
ECAST SETTLEMENT CORP     SPECIAL CLASS     422.32           .00         422.32
ECMC                      UNSECURED         4539.93          .00       4539.93
JP MORGAN CHASE BANK      NOTICE ONLY     NOT FILED          .00           .00
SLMA TRUST                UNSECURED             .00          .00           .00
WASHINGTON MUTUAL BANK    SECURED NOT I    1100.95           .00           .00
LEGAL HELPERS PC          DEBTOR ATTY     2,000.00                    2,000.00
TOM VAUGHN                TRUSTEE                                     2,132.05
DEBTOR REFUND             REFUND                                      5,034.90

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  49,923.00

PRIORITY                                         .00
SECURED                                        6,908.94

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 42628 DUANE SIMPSON
```

```
      INTEREST                                              73.81
UNSECURED                                               33,773.30
ADMINISTRATIVE                                           2,000.00
TRUSTEE COMPENSATION                                     2,132.05
DEBTOR REFUND                                            5,034.90
                                   ----------------   ----------------
TOTALS                                   49,923.00           49,923.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 11/29/07             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                                                PAGE   2